**Victor M. SACKETT and Diana L. Sackett, Petitioners,**

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

May 16, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of May, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following question:

Whether § 1738 of MVFRL requires an insurer to obtain a signed rejection of stacked UIM coverage for a new vehicle added to an insured's policy at the time coverage for a new vehicle is purchased.